UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **JAZZY A. DAVIS,** | : | Case No. 1:20-cv-02645-TAB-RLY |
| | | (Judge Richard L. Young) |
| Plaintiff, | : | (Magistrate Judge Tim A. Baker) |
| vs. | : | |
| **T&C CIRCLE MANAGEMENT, INC.,** d/b/a **McDONALD'S,** | : | |
| Defendant. | : | |
| | : | |

> This action is dismissed with prejudice.
>
> Tim A. Baker
> U.S. Magistrate Judge
> July 7, 2021

**STIPULATION OF DISMISSAL**

By agreement of the parties, it is hereby stipulated that all claims in the within action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Costs paid.

| | |
|---|---|
| */s/ Adam Lenkowsky (w/permission per e-mail 7/5/21)* | */s/ Anthony J. Caruso* |
| Adam Lenkowsky | Anthony J. Caruso (0040773- Ohio) |
| ROBERTS LITIGATION GROUP | KOHNEN & PATTON LLP |
| 118 North Delaware Street | 201 East 5th Street, Suite 800 |
| Indianapolis, Indiana  46204 | Cincinnati, Ohio 45202 |
| Telephone:  317-631-0172 | Telephone: 513-381-0656 |
| Fax:  317-631-0178 | Fax: 513-381-5823 |
| alenkowsky@robertslitigation.com | tcaruso@kplaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |